IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEDROZA,          )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>HARLAN E. WATKINS, et al.,  )<br>                             )<br>        Defendants.         )<br>_____) | No. C 01-4872 SBA (PR)<br><br>**ORDER DENYING MOTION**<br>**FOR COA AS UNNECESSARY**<br><br>(Docket no. 46) |

   In this pro se civil rights action, Plaintiff filed a Motion for a Certificate of Appealability. However, a certificate of appealability ("COA"), formerly known as a certificate of probable cause to appeal, is only required in a habeas corpus proceeding. See 28 U.S.C. § 2253(c). Therefore, Plaintiff's request for a COA (docket no. 46) is DENIED as unnecessary.

   This Order terminates Docket no. 46.

   IT IS SO ORDERED.

DATED: 9/18/07

                                           _____
                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

P:\PRO-SE\SBA\CR.01\Pedroza4872.denyCOA.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDROZA, | Case Number: CV01-04872 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WATKINS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Pedroza K-11128
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: September 19, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.01\Pedroza4872.denyCOA.frm        2